UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America | : |
| v. | : Docket No:3:01CR206(JBA) |
| Fales Trucking Incorporated | : |
| | : December 6, 2005 |

**MOTION FOR EXAMINATION OF JUDGMENT
DEBTOR AND FOR A HEARING ON DEFENDANT'S
<u>ABILITY TO PAY THE JUDGMENT</u>**

The Government hereby represents:

1. That a judgment was entered against the defendant, Fales Trucking Incorporated, before the United States District Court, District of Connecticut, on August 1, 2003 for the sum of $119,400.00 plus damages, costs and interest.

2. On April 2, 2004, the Government served by mail a set of Post Judgment Interrogatories and Request for Production on the defendant, Fales Trucking Incorporated's agent, Cindy Fales. Although more than 30 days have passed since the service of said Interrogatories and Request for Production, the defendant, through it's agent, has not filed any response or requested an extension of time.

Therefore, pursuant to Connecticut Practice Book § 13-20(b)(2), which provides that in the event of a debtor's failure to answer interrogatories, a debtor examination "shall be conducted before the judicial authority", and C.G.S. § 52-351b(c) and F.R.Civ.P.69(a) which authorize the Government to seek "supplemental discovery orders as may be necessary to ensure disclosure", and F.R.Civ.P.37(d), which authorizes this Court to

"make such orders in regard to the failure [to answer interrogatories] as are just", the federal plaintiff respectfully requests that an order be entered requiring the defendant to appear before a Judge or Magistrate Judge of this Court and then and there be examined under oath concerning his property and means of paying said judgment.

    The Government further moves that as part of the aforesaid order, the defendant's agent be required to produce at the hearing all documents sought by government's Request for Production and a completed financial statement to assist the Court's evaluation of the defendant's ability to pay.  A proposed Order is attached hereto for the Court's consideration.

                                 Respectfully Submitted,

                                 KEVIN J. O'CONNOR
                                 UNITED STATES ATTORNEY


                                 CHRISTINE SCIARRINO
                                 ATTORNEY BAR NO: CT03393
                                 ATTORNEY FOR THE DEPARTMENT OF JUSTICE
                                 UNITED STATES ATTORNEY'S OFFICE
                                 P. O. BOX 1824
                                 NEW HAVEN, CT  06508
                                 TELEPHONE: (203) 821-3700
                                 FAX: (203) 773-5392
                                 E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

C E R T I F I C A T I O N

    This is to certify that a copy of the foregoing was mailed postage prepaid on this 6th day of December, 2005 to:

Fales Trucking Incorporated
c/o Cindy Fales, Agent for Service
156 Gower Rd.
New Canaan, Connecticut 06840

---

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY

```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
```

UNITED STATES OF AMERICA         :

              v.            : Docket No: 3:01CR206 (JBA)

FALES TRUCKING INCORPORATED      :

### **O R D E R**

The Government having filed a Motion to Examine Judgment Debtor and for a hearing on defendant's ability to pay the judgment rendered against defendant, it is hereby:

ORDERED that the defendant, through its agent, Cindy Fales, appear before the District Court in Room Number ___ at _____, Connecticut on the _____ day of _____, 2006, at _____ o'clock in the _____ noon, and then and there be examined under oath concerning the defendant's assets and it's ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment. It is further ORDERED that defendant's agent, Cindy Fales, bring and produce at the hearing all documents sought by Government's Request for Production served on or about April 2, 2004, as well as a completed copy of the financial statement attached hereto as Exhibit "A" to facilitate the Court's examination of the defendant.

The defendant's agent, Cindy Fales, is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject her to being held in Contempt of Court and having a <u>Capias</u> issued for the arrest of the Cindy Fales.

Dated this        day of                    , 2006,

at New Haven, Connecticut.

_____
JANET B. ARTERTON
UNITED STATES DISTRICT JUDGE

Case 3:01-cr-00206-JBA    Document 37    Filed 12/08/2005    Page 6 of 6