

U.S. Department of Justice
Financial Statement of Debtor
*(Submitted for Government Action on
Claims Due the United States)*
**NOTE:** Use additional sheets where space on this form
is insufficient or continue on back of last page.

### FINANCIAL STATEMENT FOR BUSINESS

Authority for the solicitation of the requested information is one or more of the following: 5 U.S.C. 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. 501, *et seq.*; 31 U.S.C. 951, *et seq.*; 44 U.S.C. 3101; 4 CFR 101, *et seq.*; 28 CFR 0.160, 0.171 and Appendix to Subpart Y.  Fed.R.Civ.P. 33(a), 28 U.S.C. 1651, 3201 *et seq.*

      The principal purpose for gathering this information is to evaluate your ability to pay the Government's claim or judgment against you.  Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register; Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at page 12274.  Disclosure of the information is voluntary.  If the requested information is not furnished, the U.S. Department of Justice has the right to such disclosure of the information by legal methods.

---

**Section 1**
Business
Information

1. Business Name_____
   Street Address      _____
   City_____State_____ Zip_____
   County_____
   1a. Business Telephone (____) _____
   2a. Type of entity: (check one)
       ☐ Partnership   ☐ Corporation   ☐ Other_____
   2b. Type of Business_____
   2c. Other names that the business uses_____
   _____

3. Contact Name_____
   3a. Contact's Business Telephone (___)_____
       Extension _____
       Best Time To Call _____a.m. _____p.m.
   3b. Contact's Home Telephone (___)_____
       Best Time To Call _____a.m. _____p.m.
   3c. Contact's Other Telephone (___)_____
       Telephone Type (i.e. cellular, pager)_____
   3d. Contact's E-mail_____

---

**Section 2**
Business
Personnel
and

**4. PERSON RESPONSIBLE FOR DEPOSITING PAYROLL TAXES**
4a. Full Name_____Title_____   Social Security Number_____
    Home Street Address_____   Home Telephone (___)_____
    City_____State_____ Zip_____   Ownership Percentage & Shares or Interest_____
    _____

**5. PARTNERS, OFFICERS, MAJOR SHAREHOLDERS, ETC.**
5a. Full Name_____Title_____   Social Security Number_____
    Home Street Address_____   Home Telephone (___)_____
    City_____State_____ Zip_____   Ownership Percentage & Shares or Interest_____
    _____

5b. Full Name_____Title_____   Social Security Number_____
    Home Street Address_____   Home Telephone (___)_____
    City_____State_____ Zip_____   Ownership Percentage & Shares or Interest_____
    _____

5c. Full Name_____Title_____   Social Security Number_____
    Home Street Address_____   Home Telephone (___)_____
    City_____State_____ Zip_____   Ownership Percentage & Shares or Interest_____
    _____

5d. Full Name_____Title_____   Social Security Number_____
    Home Street Address_____   Home Telephone (___)_____
    City_____State_____ Zip_____   Ownership Percentage & Shares or Interest_____

---

**Section 3**
Accounts/
Notes
Receivable

**6. ACCOUNTS/NOTES RECEIVABLE.** List all contracts separately, including contracts awarded, but not yet started.

| | Description | Amount Due | Date Due | Age of Account |
|---|---|---|---|---|
| 6a. | Name_____ | $_____ | _____ | ☐ 0-30 days |
| | Street Address_____ | | | ☐ 30-60 days |
| | City/State/Zip_____ | | | ☐ 60-90 days |
| | | | | ☐ 90+ days |

_____

Business Name_____  EIN_____  Page 2
_____

| | | | | |
|---|---|---|---|---|
| **Section 3** continued | 6b. | Name_____ Street Address_____ City/State/Zip_____ | $_____  _____ | ☐ 0-30 days ☐ 30-60 days ☐ 60-90 days ☐ 90+ days |
| If additional space is needed use separate sheet. | 6c. | Name_____ Street Address_____ City/State/Zip_____ | $_____  _____ | ☐ 0-30 days ☐ 30-60 days ☐ 60-90 days ☐ 90+ days |
| | 6d. | Name_____ Street Address_____ City/State/Zip_____ | $_____  _____ | ☐ 0-30 days ☐ 30-60 days ☐ 60-90 days ☐ 90+ days |
| | 6e. | Name_____ Street Address_____ City/State/Zip_____ | $_____  _____ | ☐ 0-30 days ☐ 30-60 days ☐ 60-90 days ☐ 90+ days |
| | 6f. | Name_____ Street Address_____ City/State/Zip_____ | $_____  _____ | ☐ 0-30 days ☐ 30-60 days ☐ 60-90 days ☐ 90+ days |
| | 6g. | Name_____ Street Address_____ City/State/Zip_____ | $_____  _____ | ☐ 0-30 days ☐ 30-60 days ☐ 60-90 days ☐ 90+ days |
| | 6h. | Name_____ Street Address_____ City/State/Zip_____ | $_____  _____ | ☐ 0-30 days ☐ 30-60 days ☐ 60-90 days ☐ 90+ days |
| | 6i. | Name_____ Street Address_____ City/State/Zip_____ | $_____  _____ | ☐ 0-30 days ☐ 30-60 days ☐ 60-90 days ☐ 90+ days |
| | 6j. | Name_____ Street Address_____ City/State/Zip_____ | $_____  _____ | ☐ 0-30 days ☐ 30-60 days ☐ 60-90 days ☐ 90+ days |
| | 6k. | Name_____ Street Address_____ City/State/Zip_____ | $_____  _____ | ☐ 0-30 days ☐ 30-60 days ☐ 60-90 days ☐ 90+ days |

6a + 6k = 6l    **$_____**
Amount from
any separate sheet  +  **$_____**

**Total Accounts/**
**Notes Receivable**  **$_____**

Business Name_____ EIN_____    Page 3
_____

| **Section 4** | **7. OTHER FINANCIAL INFORMATION**: Respond to the following business questions. |
|---|---|
| Other Financial Information | |

7a. Does this business have other business relationships (e.g. subsidiary or parent , corporation, partnership etc)?
☐ No   ☐ Yes, list EIN_____ Additional EIN_____

7b. Does anyone (e.g. officer, stockholder, partner or employees) have an outstanding loan from the business?
☐ No   ☐ Yes, amount  $_____      Date of loan_____       Current Balance $_____

7c. Are there any judgments or liens against your business? ☐ No      ☐ Yes, who is creditor?_____
Date of Judgment/Lien_____     Amount of Debt $_____

7d. Is your business a party in a lawsuit?
☐ No    ☐ Yes, amount of suit $_____    Possible completion date_____
Subject matter of suit_____    Court filed in_____

7e. Has your business ever filed bankruptcy?
☐ No    ☐ Yes, date filed_____        Date discharged_____     Case No._____

7f. In the past 10 years, have you transferred any assets from your business name for less than their actual value?
☐ No    ☐ Yes, what asset_____    Value at time of transfer_____
When was it transferred_____    To whom was it transferred_____

7g. Do you anticipate any increase in business income (e.g. contracts bid on but not yet awarded)
☐ No    ☐ Yes, why the increase_____
How much will it increase_____     When will it increase_____

7h. Is your business a beneficiary of a trust, an estate or a life insurance policy?
☐ No    ☐ Yes, name of trust, estate or policy_____
Anticipated amount to be received_____     When to be received_____

_____

| **Section 5** | **8. PURCHASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.** Include boats, RV's, etc. |
|---|---|
| Business Assets | |

|     | Description | Current Value* | Loan Balance | Name of Lender | Purchase Price | Monthly Pymt |
|---|---|---|---|---|---|---|
| 8a. | Year _____ Make _____ Model_____ | $_____ | $_____ | _____ | $_____ | $_____ |
| 8b. | Year _____ Make _____ Model_____ | $_____ | $_____ | _____ | $_____ | $_____ |
| 8c. | Year _____ Make _____ Model_____ | $_____ | $_____ | _____ | $_____ | $_____ |

*Indicate the amount you could sell the asset for today.

**9. LEASED AUTOMOBILES, TRUCKS AND OTHER LICENSED ASSETS.**  Include boats, RV's, etc.

|     | Description | Lease Balance | Name of Lessor | Lease Date | Monthly Payment |
|---|---|---|---|---|---|
| 9a. | Year _____ Make _____ Model_____ | $_____ | _____ | _____ | $_____ |
| 9b. | Year _____ Make _____ Model_____ | $_____ | _____ | _____ | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please provide your current statement from lender with monthly payment amount and current balance of the loan for each vehicle purchased or leased.

Business Name_____ EIN_____    Page 4

|Section 5 continued| |

**Section 5** (continued)

**10. REAL ESTATE.** List all real estate owned by the business. (If you need additional space, usa a separate sheet.)

| Street Address, City State, Zip, County | Date Purchased | Purchase Price | Current Value* | Loan Balance | Lender/ Lien Holder | Monthly Payment |
|---|---|---|---|---|---|---|
| 10a. _____ _____ _____ | _____ | $_____ | $_____ | $_____ | _____ | $_____ |
| 10b. _____ _____ _____ | _____ | $_____ | $_____ | $_____ | _____ | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please provide your current statement from lender with monthly payment amount and current balance for each piece of real estate owned.

**11. BUSINESS ASSETS.** List all business assets and encumbrances below, include Uniform Commercial Code filings. (f you need additional space, use a separate sheet.) Note: If attaching a depreciation schedule, the attachment must include all of the information requested below.

| | Description | Current Value* | Loan Balance | Lender | Monthly Payment |
|---|---|---|---|---|---|
| 11a. | Machinery _____ _____ | $_____ $_____ $_____ $_____ | $_____ $_____ $_____ $_____ | _____ _____ _____ _____ | $_____ $_____ $_____ $_____ |
| | Equipment _____ _____ | $_____ $_____ $_____ | $_____ $_____ $_____ | _____ _____ _____ | $_____ $_____ $_____ |
| | Merchandise | $_____ | $_____ | _____ | $_____ |
| | Other Assets: (List below) | | | | |
| 11b. | _____ | $_____ | $_____ | _____ | $_____ |
| 11c. | _____ | $_____ | $_____ | _____ | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please provide your current statement from lender with monthly payment amount and current balance for assets listed which have an encumbrance.

**Section 6**

Investment, Banking and Cash Information

**12. INVESTMENTS**. List all investment assets below. Include stocks, bonds, mutual funds, stock options, etc.

| | Name of Company | Number of Shares/Units | Current Value | Loan Amount | Used as collateral on a loan? |
|---|---|---|---|---|---|
| 12a. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |
| 12b. | _____ | _____ | $_____ | $_____ | ☐ No  ☐ Yes |

**12c. Total Investments** $_____

Business Name_____ EIN_____    Page 5

_____

**Section 6**  
continued

**13. BANK ACCOUNTS.** List checking and savings accounts. (If you need additional space, use a separate sheet.)

|  | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |

13a. _____    Name_____    _____    $_____  
                  Address_____  
                  City/State/Zip_____

13b. _____    Name_____    _____    $_____  
                  Address_____  
                  City/State/Zip_____

**13c.    Total Other Account Balances**                                     **$_____**

☞ **ATTACHMENTS REQUIRED**: Please include your current bank statements (checking and savings) for the past **3 months** for **all** accounts.

_____

**14. OTHER ACCOUNTS.** List all accounts including brokerage accounts, money market, additional checking, and savings accounts, etc. not listed on line #13.

|  | Type of Account | Full name of Bank, Credit Union or Institution | Bank Account No. | Current Account Balance |

14a. _____    Name_____    _____    $_____  
                  Address_____  
                  City/State/Zip_____

_____

14b. _____    Name_____    _____    $_____  
                  Address_____  
                  City/State/Zip_____

**14c. Total Other Accounts**                                                **$_____**

☞ **ATTACHMENTS REQUIRED**: Please include your current bank statements for the past **3 months** for **all** accounts.

_____

**15. CASH ON HAND.** Include any money that you have that is not in the bank.

**15a. Total Cash on Hand**                                                  **$_____**

_____

**16. AVAILABLE CREDIT.** List all lines of credit, including credit cards.

|  | Full Name of Credit Institution | Credit Limit | Amount Owed | Minimum Payment |

16a.  Name_____    _____    _____    $_____  
      Address_____  
      City/State/Zip_____

16b.  Name_____    _____    _____    $_____  
      Address_____  
      City/State/Zip_____

**16c. Total Minimum Payments**                                              **$_____**

Name_____    SSN_____    Page 6
_____

**Section 7**  17. The following information applies to income and expenses from your most recently filed Form 1120 or Form
Monthly            1065.  Fiscal Year Period _____ to _____.
Income and
Expenses  18. Accounting Method used:    ☐ Cash            ☐ Accrual
_____
**The information included on lines 19 through 39 should reconcile to your business federal tax return.**

**Total Income**                                              **Total Living Expenses**

| **Source** | **Gross monthly** | **Expense Items** | **Actual Monthly** |
|---|---|---|---|
| 19. Gross Receipts | $_____ | 27. Materials Purchased | $_____ |
| 20. Gross Rental Income | _____ | 28. Inventory Purchased | _____ |
| 21. Interest | _____ | 29. Gross Wages & Salaries | _____ |
| 22. Dividends | _____ | 30. Rent | _____ |
| Other Income (lines 23-25) | | 31. Supplies | _____ |
| 23. _____ | _____ | 32. Utilities/Telephone | _____ |
| 24. _____ | _____ | 33. Vehicle Gasoline/Oil | _____ |
| 25. _____ | _____ | 34. Repairs/Maintenance | _____ |
| 26. Total Income (19-25) | $_____ | 35. Insurance | _____ |
| | | 36. Current Taxes | |
| | | Other Expenses (lines 37-38) | _____ |
| | | 37. _____ | _____ |
| | | 38. _____ | _____ |
| | | 39. Total Expenses (27-38) | $_____ |

☞ **ATTACHMENTS REQUIRED**: Please include proof of all current expenses that you paid for the last 3 months, including utilities, rent, insurance, property taxes, etc.

_____

| **CERTIFICATION** |
|---|
| I declare that I have examined the information given in this statement and, to the best of my knowledge and belief, it is true, correct, and complete, and I further declare that I have no assets, owned either directly or indirectly, or income of any nature other that as shown in this statement, including any attachment. |
| _____<br>Signature                                            Social Security No.                          Date<br>_____<br>Title |
| **WARNING** |
| **False statements are punishable up to five years imprisonment, a fine of $250,000, or both pursuant to 18 U.S.C. §1001.** |