UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 DEC 28 P 1: 44
U.S. DISTRICT COURT
NEW HAVEN CT

USA                             :

v.                              :     NO. 3:01cr 206 (JBA)

FALES TRUCKING INC.             :

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

- Supervise discovery and resolve discovery disputes:

✔ - Ruling on the following motion(s):
   *Motion for examination of judgment debtor and for a hearing on defendant's ability to pay the judgment [#37].*

- Settlement conference.

- Other:

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December 23, 2005