UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     :

    v.     : Docket No: 3:01CR206(JBA)

FALES TRUCKING INCORPORATED     :

FILED
2006 JAN -4 P 3: 28
U.S. DISTRICT COURT
NEW HAVEN, CT

### O R D E R

The Government having filed a Motion to Examine Judgment Debtor and for a hearing on defendant's ability to pay the judgment rendered against defendant, it is hereby:

ORDERED that the defendant, through its agent, Cindy Fales, appear before the District Court in Court Room Number 5 at 141 Church Street, New Haven, Connecticut on the 6th day of March, 2006, at 9:30 o'clock in the a.m., and then and there be examined under oath concerning the defendant's assets and it's ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment. It is further ORDERED that defendant's agent, Cindy Fales, bring and produce at the hearing all documents sought by Government's Request for Production served on or about April 2, 2004, as well as a completed copy of the financial statement attached hereto as Exhibit "A" to facilitate the Court's examination of the defendant.

The defendant's agent, Cindy Fales, is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject her to being held in Contempt of Court and having a Capias issued for the arrest of the Cindy Fales.

Dated this 3rd day of January, 2006,

at New Haven, Connecticut.

~~JANET B. ARTERTON~~ JOAN C. MARGOLIS
UNITED STATES ~~DISTRICT~~ JUDGE
                  MAGISTRATE

2006 JAN -4 P 3:28
U.S. DISTRICT COURT
NEW HAVEN
FILED

U.S. Department of Justice  
United States Attorney

Financial Statement — Corporate Debtor  
*(Use Additional Sheets Where Needed)*

---

1. Name *(Debtor)* _____  Type (1-For Profit ( )  
                                                          (2-Not for Profit ( )

2. Business Addresses _____  
                       Street                                    City               State

Note: Attach schedule of all business addresses

3. Foreign _____ Domestic _____

4. State-Incorporation _____ Date-Incorporation _____  
   License to do business in _____

5. Name Registered Agent _____

6. Address Registered Agent _____ Phone _____

7. Names and Addresses of Principal Stockholders. Indicate the ownership of 75% of the stock of the Corporation. Number of Shares Owned by each.

   (1) _____
   (2) _____
   (3) _____
   (4) _____
   (5) _____
   (6) _____
   (7) _____
   (8) _____

8. (A) Names and Addresses of Current Officers and Number of Shares Held by Each. Term Expires on _____)

   (1) _____
   (2) _____
   (3) _____
   (4) _____
   (5) _____

   (B) Names and Addresses of Current Members of Board of Directors. Term Expires on _____

   (1) _____
   (2) _____

Exhibit A

Formerly OBD-61

FORM OBD-500C  
OCT. 82

(3) _____

(4) _____

(5) _____

9. (A) Registration on National or Local Stock Exchange(s). (*Give details, including date of Registration and/or delisting.*)

(1) _____

(2) _____

(3) _____

(B) Total authorized Shares of each type issued and present market value per share on each type of stock.

(1) _____

(2) _____

(3) _____

(4) _____

(C) Total outstanding shares of each type stock currently being held as Treasury Stock.

_____

_____

_____

_____

(D) Total outstanding shares of each type of stock. Amount of bonded debt and principal bondholders.

_____

_____

_____

_____

10. List States and Municipalities to which taxes have been paid and/or are being paid. Describe nature and amount of such taxes, state most recent year of payment thereof and whether tax payments are current.

_____

_____

_____

_____

_____

Case 3:01-cr-00206-JBA    Document 39    Filed 01/04/2006    Page 5 of 11

11. Has this Corporation filed United States Corporate Income Tax Returns during past 3 years.  Yes. ( )    No. ( )
    To What I.R.S. Office(s) _____
    What Years? _____
    _____
    _____
    _____ Are Federal Taxes Current? Yes. ( )    No. ( )

12. Name and Address of
    (a) Corporation's Independent Certified Public Accountants
    _____
    _____
    _____
    _____

    (b) Corporate Attorney(s) retained by Corporation From _____ to _____
    _____
    _____
    _____
    _____

13. Does this Corporation have a Profit and Loss Statement and Balance Sheet for the most recent calendar or fiscal year and for specified past years. Past Years (     ) (     ) (     ). If (*Yes*) submit one copy of each. Submit audited documents if available.

14. Does this Corporation maintain bank accounts: Give names and addresses of Banks, Savings and Loan Associations, and other such entities, within the United States or located elsewhere. Indicate name and number of accounts and balances.

                                                                                    <u>Balance</u>
    (A) Checking Account(*s*)
    _____
    _____
    _____
    _____

    (B) Savings Account(*s*)
    _____
    _____

    (C) Other Account(*s*)
    _____
    _____

    (D) Savings & Loan Associations or Other such Entities
    _____
    _____

    (E) Trust Account(*s*)
    _____

    (F) Other Account(*s*)
    _____

15. List all commercial paper, negotiable or non-negotiable, in which the Corporation has any interest whatsoever, presently in transit or in the possession of any banking institution. Describe such paper and the Corporation's interest therein, and state its present location. List all accounts and loans receivable in excess of $300 and specify if due from an officer, stockholder, or director.

_____
_____
_____
_____
_____
_____

16. From personal knowledge as President, Vice President, or Chairman of the Board for the last taxable year, indicate in round figures:

    (A) Gross Income                                        $_____

    (B) Expenses (*Fixed & Current*)                        $_____

    (C) Gross Profit (*or Loss*)                            $_____

    (D) Net Profit After Taxes                              $_____

    (E) (*List approximate totals*):

        Payables: $_____ Receivables: $_____

17. Is this Corporation presently:

    (A) Active
        (*Answer No if inactive but still in existence*)         Yes ( )    No ( )

    (B) Void and/or Terminated by State authority                Yes ( )    No ( )

    (C) Otherwise dissolved                                      Yes ( )    No ( )

        1. Date _____

        2. By whom _____

        3. Reason _____

18. List corporate salaries to and/or drawings of the following personnel for the last three taxable years:

| Position (*Inc. officers*) | Specify Year | | |
|---|---|---|---|
| | (Year) 1. | (Year) 2. | (Year) 3. |
| President | | | |
| Chairman/Board | | | |
| Secretary | | | |
| Treasurer | | | |

(B) List five most highly compensated employees or officers other than above, designate position and set forth salary and/or bonus for last three taxable years:

|   | Specify Year | | |
|---|---|---|---|
|   | (Year) 1. | (Year) 2. | (Year) 3. |
| 1. |   |   |   |
| 2. |   |   |   |
| 3. |   |   |   |
| 4. |   |   |   |
| 5. |   |   |   |

(C) Describe the nature of the compensation paid to the persons listed in (A) and (B) above and set forth any stock options, pensions, profit sharing, royalties, or other deferred compensation rights of said persons.

_____
_____
_____
_____
_____

19. List Corporate commercial activity (*fields of activity resulting in income*) Prime:

1. _____
2. _____
3. _____
4. _____

20. List all other supplementary fields of activity in which this Corporation is engaged, either directly, through subsidiaries, or affiliates, stating the name(s) and state(s) of incorporation of such subsidiaries or affiliates.

_____
_____
_____
_____
_____

21. Has this Corporation at any time been the subject of any proceeding under the provisions of any State Insolvency Law, or the Federal Bankruptcy Act, As Amended? If so, supply the following information as to each such proceeding:

   (A) Date (*Commencement*) _____

   (B) Date (*Termination*) _____

   (C) Discharge or other disposition, if any, and operative effect thereof: _____
   
   _____
   _____
   _____
   _____

   (D) State Court _____ Federal Court _____
                              County                                                District
   (E) Docket No. _____

22. (A) List all Real Estate, and Personalty of an estimated value in excess of $500.00, owned or under contract to be purchased by this Corporation and where located:

   _____
   _____
   _____
   _____
   _____
   _____

   (B) List and describe all judgments, recorded and unrecorded:

   (1) Against the Corporation

   _____
   _____
   _____
   _____

   (2) In favor of the Corporation

   _____
   _____
   _____
   _____

(C) List and describe all other encumbrances against Real Estate owned by the Corporation: (*including but not limited to mortgages, recorded or unrecorded*):

_____
_____
_____
_____
_____
_____

(D) List and describe all other encumbrances (*including but not limited to Security Interest, whether perfected or not*) against any such personalty owned by the Corporation as is listed in 22(A) above.

_____
_____
_____
_____
_____
_____
_____

(E) List and describe location of Real Estate, including Real Estate being purchased under contract, with name and address of Seller and contract price:

_____
_____
_____
_____
_____
_____

23. List all Life insurance, now in force on any or all officers, Directors, and/or "key" employees, setting forth face amounts, names of life insurance companies and policy numbers where this Corporation has an "insurable interest," and/or is paying the premium or part of same. Where applicable indicate under which policy(*s*) this Corporation is a Beneficiary, type policy(*s*), yearly premium, and location of policy(*s*).

_____
_____
_____
_____
_____
_____
_____

24. List all transfers of any or all assets (*Corporate*) or/and (*Personal*) and each (*over $300.00*) by this Corporation, OTHER THAN IN THE ORDINARY COURSE OF BUSINESS, during the last three (3) calendar years and state to whom transfer was made. Describe compensation paid by recipient and to whom.

_____
_____
_____
_____
_____

25. Is this Corporation a party in any law suit now pending? ( ) Yes   (*Give details below.*)   ( ) No

_____
_____
_____
_____

26. Please list names and addresses of any person or other business entity, holding funds in escrow or in trust for this Corporation, or any of its subsidiaries or affiliates.

_____
_____
_____
_____
_____

27. Additional Remarks: _____
_____
_____
_____
_____

28. Verification and Affidavit.

With knowledge of the penalties for false statements provided by 18 U.S. Code 1001 (*$10,000 fine and/or 5 years imprisonment*) and with knowledge that this financial statement is submitted by me as a responsible officer of this Corporation to affect action by the U.S. Department of Justice, I hereby certify that I believe I completely understand the above statement, and that the same is a true and complete statement of all corporate income and assets, real and personal, whether held in the Corporate name or otherwise.

Date: _____

_____
AFFIANT (*Officer*)

_____
(*List Corporate Position*)

_____
Age (*Next Birthday*)

_____
NOTARY PUBLIC
My Commission Expires _____

(Pg 8 of 8)