# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 3:01CR206 (JBA) |
| VS. | : | |
| FALES TRUCKING, INC. | : | March 7, 2006 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

                        Respectfully submitted,

                        Kevin J. O'Connor
                        United States Attorney


                        Christine Sciarrino
                        Assistant United States Attorney
                        P.O. Box 1824
                        New Haven, CT  06510
                        (203) 821-3780/Fax: (203) 773-5392
                        Federal No. CT3393

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 7th day of March, 2006, to:

Fales Trucking, Inc.
c/o Cindy Fales
120 Maple Road
Easton, CT   06612

_____
CHRISTINE SCIARRINO

Case 3:01-cr-00206-JBA   Document 42   Filed 03/07/2006   Page 3 of 3