UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 3:01CR206 (JBA) |
| VS. | : | |
| FALES TRUCKING, INC. | : | March 7, 2006 |

PETITION FOR REMISSION OF FINE AND ORDER THEREON

The United States of America, by its undersigned attorney, petitions this Court pursuant to 18 U.S.C. § 3573 for remission of the remaining balance of the criminal fine imposed against the defendant.

STATEMENT OF FACTS

1. On July 30, 2003, this Court entered judgment upon Fales Trucking, Inc., imposing a special assessment of $400.00, restitution in the amount of $104,000.00, and a criminal fine in the amount of $15,000.00.

2. Fales Trucking, Inc. satisfied its special assessment and restitution debts.

3. Since the date of judgment, Fales Trucking, Inc. has made no payment toward its criminal fine.

4. The Government has determined that Fales Trucking, Inc. has ceased operations and liquidated all assets. Some of the sale proceeds from the defendant's equipment were paid to the Internal Revenue Service and applied to its federal tax liability. Fales Trucking, Inc. has reported, and the Government has confirmed, that it is now a defunct coroporation.

ARGUMENT

In support of the government's request, it relies on 18 U.S.C. § 3573, which provides that:

> Upon petition of the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice-
>
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties.

The Government has determined that since the defendant is now defunct and its assets have been fully liquidated, there is no reasonable likelihood that expending further efforts to collect the criminal fine will result in any revenue to the United States.  Any further efforts would, in fact, be contrary to the interests of the United States because such efforts would needlessly expend resources that could be better directed to areas with greater potential for recovery.

Therefore, the Government respectfully petitions this Court for an order pursuant to 18 U.S.C. § 3573 remitting the balance of the defendant's criminal fine.

>Respectfully submitted,
>
>Kevin J. O'Connor
>United States Attorney
>
>
>Christine Sciarrino
>Assistant United States Attorney
>P.O. Box 1824
>New Haven, CT   06510
>(203) 821-3780/Fax: (203) 773-5392
>Federal No. CT3393

<u>CERTIFICATION</u>

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 7th day of March, 2006, to:

Fales Trucking, Inc.
c/o Cindy Fales
120 Maple Road
Easton, CT   06612

                                                    _____
                                                    CHRISTINE SCIARRINO