# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :  Docket No. 3:01CR206 (JBA)

VS.         :

FALES TRUCKING, INC.    :

## <u>ORDER</u>

   This cause having come before this Court for consideration on petition of the United

States of America in accordance with the provisions of 18 U.S.C. § 3573 for remission of all of

the unpaid portion of the defendant's criminal fine, imposed on July 30, 2003 in this cause; and

the Court being advised in the premises is of the opinion that the petition is well taken and the

remaining balance of the criminal fine is hereby remitted.

   SO ORDERED.

   Dated this _____ day of _____, 2006 at New Haven,

Connecticut.

_____
Janet Bond Arterton
United States District Judge